124 F.3d 187
 Francis Hannon, Troy Calhoun, Jerome Coffey, Arnold King, Marvin Woods
v.
Donald R. Thomas, Correctional Officer 1 at SCI-Graterford,
Vernon L. Reisinger, President of Donald E. Reisinger, Inc.,
Donald E. Reisinger, Inc., Donald Vaughn, Superintendent at
SCI-Graterford, Laurence J. Reid, Executive Deputy
Commissioner of Pennsylvania Department of Corrections,
Gregory White, Warden at SCI-Pittsburgh, Carl Hamburger,
Unit Manager at SCI-Camp Hill, Susan
 NO. 96-3275
 United States Court of Appeals,
Third Circuit.
 July 29, 1997
 Appeal From: W.D.Pa. ,No.95cv00472
 
 1
 Reversed.